```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   MARY M. FRENCH, Bar #126643
3  Supervising Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd  Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   DONACIANO RIVERA-BELTRAN
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-90-163 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| DONACIANO RIVERA-BELTRAN, | ) |
| | ) Date:  June 23, 2006 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Edward J. Garcia |
| _____ | ) |

It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the status conference hearing date of June 16, 2006 be vacated and a new status conference hearing date of June 23, 2006 at 10:00 a.m. be set.

This continuance is requested because defense counsel is in the process of requesting and reviewing defendant's records, and needs additional time to review and analyze these records.

The period from June 16, 2006 through and including June 23, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: June 15, 2006

    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
DONACIANO RIVERA-BELTRAN


Dated: June 15, 2006    MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
HEIKO COPPOLA
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: June 15, 2006    /s/ Edward J. Garcia_____
EDWARD J. GARCIA
United States District Judge

Stipulation & Order    2